## People of the State of Illinois, Plaintiff-Appellee, v. Anthony Brooks, Defendant-Appellant.

Gen. No. M–10,660. ■

Fourth District.

February 21, 1966.

Roy Geibe Hill, of Springfield, for appellant; Raymond L. Terrell, State's Attorney of Sangamon County, of Springfield (Robert H. Stephens, of counsel), for appellee. Opinion by JUSTICE TRAPP. **Not to be published in full.**